# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2019

*The Court of Appeals hereby passes the following order*

**A20D0172. IN THE INTEREST OF M. W. S., JR. et al., CHILDREN (FATHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

1900297 1900298 1900299 1900300 1900301 1900302



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 04, 2019.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*